PROB 12D
(10/93)

# United States District Court

for

## Western District of Washington

FILED JAN 1 4 2002 AT SEATTLE CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON DEPUTY

FILED ___ ENTERED ___ LODGED ___ RECEIVED
JAN 0 4 2002 PM
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

### Report on Offender Under Supervision

**Name of Offender:** Darris Mark Durall     **Case Number:** CR89-100R

**Name of Judicial Officer:** The Honorable Barbara Rothstein

**Date of Original Sentence:** July 17, 1990     **Date of Report:** January 3, 2002

**Original Offense:** Count One: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g), 924(e) and 2

Count Two: Conspiracy, 18 U.S.C. § 371

**Original Sentence:** 15 Years BOP Custody, 5 Years Supervised Release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** August 21, 2000

**Special Conditions Imposed:**

☒ **Substance Abuse**     ☐ Financial Disclosure     ☐ Restitution

☐ Mental Health     ☐ Fine     ☐ Community Service

☐ Other Conditions:

---

### NONCOMPLIANCE SUMMARY

The probation officer believes that Darris Mark Durall has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Using morphine on or before December 7, 2001, in violation of standard condition 7. |

This is the first positive test result since:
Placement under supervision

The probation officer has reviewed the matter and taken the following action:

☐ Placement in structured testing program     ☒ Increased frequency of testing
☒ Reprimand by probation officer     ☐ Compliance conference with unit supervisor

☐ Referral for professional assessment     ☐ Referral for counseling
☐ Referral to community based residential program     ☐ Referral for intensive outpatient treatment

Report on Offender
Under Supervision

On December 7, 2001, Mr. Durall reported to the probation office without an appointment to submit his Monthly Supervision Report (MSR). While speaking with the receptionist, Mr. Durall observed U.S. Probation Officer Michael K. Banks, further asking him if he could be drug tested. Pursuant to his request, U.S. Probation Officer Banks collected a sample from Mr. Durall which was instantly tested, resulting in a presumptive positive for morphine. Notably, Mr. Durall was surprised by the result, further insisting he had not used any illicit controlled substances while on supervised release. After speaking with Mr. Durall, U.S. Probation Officer Banks forwarded the sample to Pharmchem Laboratories, Fort Worth, Texas, for further analysis.

On December 11, 2001, this writer met with Mr. Durall to discuss the results of the drug test. During this meeting, Mr. Durall was noticeably upset and concerned about the test. When questioned about the positive result, Mr. Durall attributed the result to his ingestion of a breakfast muffin, with mixed seeds, and a sandwich made of poppy seed bread. Following his disclosures, Mr. Durall was instructed to abstain from ingesting poppy seeds muffins and/or any other products containing poppy seeds while on supervised release. Mr. Durall advised he would comply with this writer's instruction.

On December 21, 2001, written confirmation was received from Pharmchem Laboratories stating Mr. Durall's December 7, 2001, sample was positive for morphine. On January 3, 2002, this writer initiated contact with Pharmchem Laboratories which reported Mr. Durall's specimen tested at very low levels for morphine. Based on the low level reading, Pharmchem Laboratories could not attribute the positive drug test to illicit drug use. Furthermore, Pharmchem Laboratories suggested the low level result could have been triggered by the ingestion of poppy seeds within 24 hours of the test.

It is recommended that no action be taken by the court at this time. The offender's substance abuse, which is cited in this report, may be alleged in a violation proceeding at a later time in the event of further noncompliance.

Respectfully submitted,

*Catherine E. Sandstrom for*

Michael J. Larson
U.S. Probation Officer

APPROVED:
William S. Corn
Chief U.S. Probation Officer

BY: *Catherine E. Sandstrom*
Catherine E. Sandstrom
Supervising U.S. Probation Officer

---

THE COURT DIRECTS:
☒ Concur with probation officer action
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

*Barbara J. Rothstein*
Signature of Judicial Officer

1/14/02
Date